*E-Filed 5/31/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR NICOLA NEGRETE,<br><br>    Plaintiff,<br><br>  v.<br><br>G.D. LEWIS,<br><br>    Defendants.<br>_____/ | No. C 11-3436 RS (PR)<br><br>**ORDER STAYING DISCOVERY** |

This is a federal civil rights action filed by a *pro se* state prisoner. Pursuant to the parties' stipulation (Docket No. 19), discovery in this action is hereby STAYED pending resolution of the motion for summary judgment. The Clerk shall terminate Docket No. 19.

**IT IS SO ORDERED**.

DATED: May 31, 2012

                                                   RICHARD SEEBORG<br>
                                                 United States District Judge